IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZER SANCHEZ, | No. C 09-04263 JW (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL MARTEL, Warden, | |
| Respondent. | |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

Petitioner was convicted in 1999 of several crimes, and is currently serving a sentence of twenty-five years to life in state prison. (Pet. at 2.) Petitioner includes with the petition a copy of this Court's order dismissing as untimely a previously filed petition for a writ of habeas corpus on July 2, 2008. See C-06-03579 JW (PR) (Pet. at 33.) Petitioner claims in the instant petition that he has "newly discovered evidence of reduced culp[a]bility." (Pet. at 6.) The Court finds that the instant petition is the second filed by petitioner challenging the same conviction and sentence.

A district court must dismiss claims presented in a second or successive

Order of Dismissal
P:\PRO-SE\SJ.JW\HC.09\Sanchez04263_dism-succ.wpd

1 habeas petition challenging the same conviction and sentence unless the claims
2 presented in the previous petition were denied for failure to exhaust. See 28 U.S.C.
3 § 2244(b)(1); Babbitt v. Woodford, 177 F.3d 744, 745-46 (9th Cir. 1999). Section
4 2244 does apply when the previous petition was dismissed as barred by the statute of
5 limitations which constitutes a disposition on the merits. McNabb v. Yates, 576
6 F.3d 1028, 1029 (9th Cir. 2009); Murray v. Greiner, 394 F.3d 78, 81 (2d Cir. 2005).
7 Additionally, a district court must dismiss any new claims raised in a successive
8 petition unless the petitioner received an order from the court of appeals authorizing
9 the district court to consider the petition. See 28 U.S.C. § 2244(b)(2).

10 Here, the instant petition challenges the same sentence as the previous
11 petition and petitioner has not presented an order from the Ninth Circuit Court of
12 Appeals authorizing this Court to consider any new claims. The previous petition
13 was dismissed as untimely, which constitutes a disposition on the merits. See
14 McNabb, 576 F.3d at 1029. Accordingly, this Court must dismiss the instant
15 petition in its entirety. The instant petition is DISMISSED as a second or successive
16 petition pursuant to § 2244 (b)(1).

DATED: February 10, 2010

JAMES WARE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ELIAZER SANCHEZ,

        Petitioner,

  v.

MICHAEL MARTEL, Warden,

        Respondent.

                                                   /

Case Number: CV09-04263 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/19/2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eliazer Sanchez H-56498
Mule Creek State Prison
P. O. Box 40920
Ione, Ca 95640

Dated: 2/19/2010

                                    Richard W. Wieking, Clerk
                           /s/  By: Elizabeth Garcia, Deputy Clerk